UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael K. Faust,

    Plaintiff,

v.                                                                                        Civ. No. 06-2316 (JNE/RLE)
                                                                           ORDER

Bureau of Prisons, sued as B.O.P.,

    Defendant.

    This case is before the Court on a Report and Recommendation issued by the Honorable Raymond L. Erickson, Chief United States Magistrate Judge, on July 14, 2006. Plaintiff objected. Based on a de novo review of the record, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

    1.    Plaintiff's Complaint [Docket No. 1] is DISMISSED WITHOUT PREJUDICE for failure to comply with the Court's Order dated June 9, 2006 [Docket No. 3], and for failure to prosecute.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 17, 2006

                                                                  s/ Joan N. Ericksen
                                                                   JOAN N. ERICKSEN
                                                                   United States District Judge